```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EQUAL EMPLOYMENT                     )
OPPORTUNITY COMMISSION,              ) Civil Action
                                     ) No. 06-CV-04332
               Plaintiff             )
                                     )
          vs.                        )
                                     )
TURKEY HILL DAIRY, INC.,             )
                                     )
               Defendant             )
```

O R D E R

NOW, this 8th day of August, 2007, upon consideration of Defendant's Motion to Dismiss filed on November 14, 2006; upon consideration of Plaintiff EEOC's Memorandum of Law in Opposition to Defendant, Turkey Hill Dairy, Inc.'s Motion to Dismiss Pursuant to Rule 12(b)(6), which memorandum was filed on November 28, 2006; upon consideration of the briefs of the parties; and for the reasons articulated in the accompanying Memorandum,

IT IS ORDERED that Defendant's Motion to Dismiss is denied.

IT IS FURTHER ORDERED that defendant shall have until on or before August 31, 2007 to answer plaintiff's Complaint.

                         BY THE COURT:


                         /s/ JAMES KNOLL GARDNER
                         James Knoll Gardner
                         United States District Judge